## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION-DETROIT

IN RE:
**SHATERIA CHAMBERS,**                                        **Case No. 09-55073-TJT**
                              **Debtors.**                    **Honorable Thomas J. Tucker**
_____/                     **Chapter 13**

### ORDER CONFIRMING PLAN AND LIFTING THE AUTOMATIC STAY AS TO INDYMAC BANK AND WELLS FARGO BANK

The Debtor's Chapter 13 plan was duly served on all parties in interest. A hearing on confirmation of the plan was held after due notice to parties in interest.  Objections, if any, have been resolved.  The Court hereby finds that each of the requirements for confirmation of a Chapter 13 plan pursuant to 11 U.S.C. §1325(a) are met.

Therefore, IT IS HEREBY ORDERED that the Debtor's Chapter 13 plan, as last modified, if at all, is confirmed.

**IT IS FURTHER ORDERED that the claim of attorney for the Debtor, for the allowance of compensation and reimbursement of expenses is allowed in the total amount of $FEE APPLICATION in fees and $0.00 in expenses, and that the portion of such claim which has not already been paid, to-wit: $FEE APPLICATION shall be paid by the Trustee as an administrative expense of this case.**

IT IS FURTHER ORDERED that the Debtor shall maintain all policies of insurance on all property of the Debtor and this estate as required by law and contract.

All filed claims to which an objection has not been filed are deemed allowed pursuant to 11 U.S.C. §502(a), and the Trustee is therefore ORDERED to make distributions on these claims pursuant to the terms of the Chapter 13 plan, as well as all fees due the Clerk pursuant to statute.

IT IS FURTHER ORDERED as follows: [*Only provisions checked below apply*]

X Debtor shall pay BMW Financial Services directly for the 2006 Land Rover as the obligation is current and she maintains a relationship with the Creditor.

X Debtor shall pay Fifth Third Bank directly on the mortgage as the obligation is current and she maintains a relationship with the Creditor.

X Debtor shall amend schedule I & J when she begins realizing any income from her business.

X Debtor shall surrender the property located at 15179 Paris Street Allen Park, MI 48101 and the automatic stay pursuant to 11 U.S.C. §362 shall be lifted as to Indymac Bank and Wells Fargo Bank as to this property.

X The Trustee shall not disburse on the arrearage portion of the proof of claim of BMW Financial Services.

X The Trustee shall not disburse on the arrearage portion of the proof of claim of Fifth Third Bank.

X The Debtor shall remit 100% of all tax refunds to which Debtor is entitled during the pendency of the Plan and shall not alter withholdings without Court approval.  The Internal Revenue Service is ordered to direct to the Chapter 13 Trustee the requisite refund to which the Debtor(s) become(s) entitled during the pendency of this Chapter 13 proceeding.

APPROVED

/s/ Tammy Terry
TAMMY L. TERRY (P46254)
Chapter 13 Trustee
535 Griswold Street
2100 Buhl Building
Detroit, MI  48226
313-967-9857
terry.orders@det13.net
**DEBTOR ATTORNEY**

| Objections Withdrawn |
| --- |
| /s/ Brandy Swaro |
| For Creditor: BMW |
| |
| Objections Withdrawn |
| |
| /s/Jennifer Koester |
| For Creditor: Fifth Third |

/s/ Melissa D. Francis, Esq.
Melissa D. Francis, Esq. (P61495)
Marrs & Terry PLLC
6553 Jackson Rd.
Ann Arbor, MI 48103
734-663-0555
marrsandterry@yahoo.com

Signed on October 14, 2009

_____ __/s/ Thomas J. Tucker_____ ___
Thomas J. Tucker
United States Bankruptcy Judge